CAUSE NOS. 01-13-00415-CR; 01-13-00416-CR; 01-13-00417-CR

# IN THE TEXAS COURT OF APPEALS
# FIRST JUDICIAL DISTRICT
# HOUSTON, TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 06 2015

CHRISTOPHER A PRINE
CLERK_____

JAVIER NOEL CAMPOS
Appellant

VS.

THE STATE OF TEXAS
Appelle

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Javier Noel Campos, the Appellant, pro se, and respectfully moves this Honorable Court pursuant to the Texas Code of Criminal Procedures Art. 1.051 (d)(2)(4) to appoint counsel to represent him in this above entitled action. The appellant will show this Honorable Court as follows:

1.

## I.

Appellant was convicted of three seperate accounts of aggravated sexual assaults of a child. (Cause Nos. 1308988, 1328806, & 1328807) Appellant was sentenced to sixty-eight (68) years in prison.

## II.

Appellant filed a timely appeal with the First Court of Appeals and the Court affirmed Appellant's conviction on January 13, 2015. Appellant filed a Motion For Rehearing and a Motion For En Banc Reconsideration on Febuary 2, 2015 and both motions were denied on Febuary 19, 2015.

## III.

Appellant filed a Petition for Discretionary Review with the Texas Court of Criminal Appeals on April 22, 2015. The Court of Criminal Appeals remanded the case back to the Court of Appeals for further analysis on July 29, 2015.

## IV.

Appellant filed for one (1) extension of time to file a Supplemental Brief and was given til November 2, 2015 to file a Supplemental Brief with the First Court of Appeals on the remaining issue(s) on remand.

## V.

The Appellant has no funds to retain counsel and has been proceeding in forma pauperis status throughout the previous legal actions. Appellant request representation of counsel on remand because a pertinent question of law has been raised. And in the interest of justice, being that Appellant is layman and cannot quite litigate such question of law, an attorney should be appointed to bring such before said Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grants Appellant's Request For Appointment of Counsel.

RESPECTFULLY SUBMITTED,

*J. Campos*

Javier Noel Campos #1854678
Appellant, pro se
Mark Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

3.

## CERTIFICATE OF SERVICE

I, Javier Noel Campos, do hereby certify that a true and correct copy of the above and foregoing Motion, has been forwarded by U.S. Mail, to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711.

Signed this __1__ day of __October__ 2015.

_J. Campos_

Javier Noel Campos #1894678
Appellant, pro se

## INMATE OATH/DECLARATION

I, Javier Noel Campos, being presently incarcerated in the Mark Stiles Unit of the Texas Department of Criminal Justice in Beaumont, Texas, Jefferson County, Texas, do verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this __1__ day of __October__ 2015.

4.

October 1, 2015

Christopher A. Prine
Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 06 2015

CHRISTOPHER A. PRINE
CLERK

RE: Javier Noel Campos vs. The State of Texas
Cause Nos. 01-13-00415-CR; 01-13-00416-CR; 01-13-00417-CR

Dear Clerk:

Please find enclosed petitioner's Motion For Appointment of Counsel. Please file it and bring it to the attention of the Court. I also ask that you notify me of the Court's ruling on same said Motion.

In addition, please date-stamp this letter and return to me at the address below.

Thank you in advance for all your time and attention in this matter and I anticipate hearing from you.

Respectfully,

J. Campos

Javier Noel Campos #1854678
Mark Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Javier Noel Campos
TDCJ # 1854678
Mark Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

- LEGAL MAIL -

MAIL RECEIVED

02 OCT 2015 PM 2 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 06 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FOREVER USA